UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY IN AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>U.S. AIR FORCE,<br><br>          Defendant. | Civil Action No. 24-1210 (PLF) |

## JOINT STATUS REPORT

Pursuant to the Court's June 12, 2024 Minute Order, Plaintiff the Center to Advance Security in America and Defendant the U.S. Air Force, respectfully submit the following Joint Status Report. The parties report as follows:

1. This lawsuit stems from a six-part Freedom of Information Act ("FOIA") request that Plaintiff sent to the Air Force seeking various communications and other records regarding an Air Force memo titled "Officer Source of Commission Applicant Pool Goals." See ECF No. 1-1.

2. Since the last Joint Status Report (ECF No. 6), the Air Force produced nonexempt, reasonable segregable portions of 559 pages of responsive records.

3. The Air Force continues to process potentially responsive records and anticipates making its next release in mid-October.

4. The parties respectfully propose filing another joint status report in sixty days, on or before November 18, 2024.

Dated: September 17, 2024

 /s/ *Gary Lawkowski*
GARY LAWKOWSKI (Bar ID VA125)
Dhillon Law Group
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
(703) 574-1654
Glawkowski@dhillonlaw.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

 /s/ *John J. Bardo*
JOHN J. BARDO, DC Bar #1655534
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 870-6770
John.Bardo@usdoj.gov

*Attorneys for the United States of America*